| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Transferring Court)* |
|---|---|
| | CR-22-01982-001-TUC-JGZ (JR) |
| | DOCKET NUMBER *(Receiving Court)* |
| | 2:23-CR-025-Z |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Nicholas Shane Gilbert | District of Arizona | 4: Tucson |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Jennifer G. Zipps United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/17/2023 | TO 1/16/2026 |

**DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED APR 1 2 2023 CLERK, U.S. DISTRICT COURT By ___ Deputy**

**OFFENSE**
Title 8 U.S.C. §§1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), Conspiracy to Transport Illegal Aliens for the Purpose of Commercial Advantage or Private Financial Gain

**PART 1- ORDER TRANFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Nicholas Shane Gilbert, be transferred with the records of this Court to the United States District Court for the Northern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 22, 2023
Date

Honorable Jennifer G. Zipps
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 12, 2023
Effective Date

United States District Judge



# UNITED STATES DISTRICT COURT
## PROBATION AND PRETRIAL SERVICES
## NORTHERN DISTRICT OF TEXAS

**BUD ERVIN**
CHIEF

**WAYNE MCKIM**
DEPUTY CHIEF

**EDITH FOSTER
NIQUITA LOFTIS
JACQUELINE FONTENOT
JESUS PEREZ**
ASSISTANT DEPUTY CHIEFS

205 East 5th, Room 120
Amarillo, TX 79101
806-337-1753
www.txnp.uscourts.gov

March 31, 2023

U.S. District Judge Matthew J. Kacsmaryk
205 SE 5th Avenue, Room 123
Amarillo, Texas 79101

RE: **Gilbert, Nicholas Shane**
Case No.: CR-22-01982-001-TUC-JGZ (JR)
<u>Transfer of Jurisdiction Request</u>

Dear Judge Kacsmaryk:

On January 17, 2023, Nicholas Shane Gilbert was sentenced in the District of Arizona, Tucson Division, by U.S. District Judge Jennifer G. Zipps to a custody term of time served, to be followed by a thirty-six (36) month term of supervised release for the offense of Conspiracy to Transport Illegal Aliens for the Purpose of Commercial Advantage or Private Financial Gain, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). Nicholas Shane Gilbert began his term of supervised release in the Northern District of Texas, Amarillo Division, on January 17, 2023, and his expiration date is January 16, 2026.

Nicholas Shane Gilbert has stable residence and employment in the Northern District of Texas and has no ties to the District of Arizona. Nicholas Shane Gilbert intends to remain in the Northern District of Texas throughout his term of supervision. The District of Arizona, Tucson Division has agreed to transfer jurisdiction. It is respectfully recommended that Jurisdiction in Case No. CR-22-01982-001-TUC-JGZ (JR) be accepted by the Northern District of Texas, Amarillo Division. Attached is a copy of the Transfer of Jurisdiction Order for the Court's consideration.

Respectfully Submitted,

s/Tyson Stewart
U.S. Probation Officer
806-337-1753

Approved,

s/William Cruz
Supervising U.S. Probation Officer
806-337-1751