UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Report on Person Under Supervision - Court Decision Requested

| | |
|---|---|
| Person Under Supervision: | Nicholas Shane Gilbert |
| Case No.: | 2:23-CR-025-Z(01) |
| Name of Sentencing Judge: | U.S. District Judge Jennifer G. Zipps, District of Arizona, Tucson Division (Jurisdiction transferred to U.S. District Judge Matthew J. Kacsmaryk, Northern District of Texas, Amarillo Division, on April 12, 2023) |
| Date of Original Sentence: | January 17, 2023 |
| Original Offense: | Conspiracy to Transport Illegal Aliens for the Purpose of Commercial Advantage or Private Financial Gain, 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), a Class C Felony |
| Original Sentence: | Time served (2 days custody), thirty-six (36) month term of supervised release |
| Revocations: | None. |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | January 17, 2023 |
| Assistant U.S. Attorney: | Tanya Miller |
| Defense Attorney: | Jill Thorpe (Court appointed) |

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

Nicholas Shane Gilbert is requesting permission to travel to Cozumel and Progreso, Yucatan, Mexico, as a portion of a Carnival Cruise on August 13 and August 14, 2025. The purpose of this travel was explained as Mr. Gilbert's desire to accompany his girlfriend and the mother of his child on the cruise for her birthday. The itinerary for the cruise is as follows: August 11, 2025 - departure from Galveston, Texas; August 12, 2025 - day to be spent at sea; August 13, 2025 - day to be spent in Cozumel, Mexico; August 14, 2025 - day to be spent in Progreso, Yucatan, Mexico; August 15, 2025 - day to be spent at sea; and August 16, 2025 - return to Galveston.

Mr. Gilbert has been supervised by the U.S. Probation Office in Amarillo, Texas, since January 17, 2023. Since then, he has largely remained compliant with his conditions of supervised release aside from some issues with attendance with mental health treatment requirements and one missed office appointment on February 17, 2023. However, Mr. Gilbert ultimately reported to the office as directed to account for the missed appointment. Furthermore, Mr. Gilbert rectified his mental health attendance and was recommended for completion of this treatment in March 2025, and he successfully completed his treatment as of March 31, 2025. Mr. Gilbert's drug testing requirements were suspended by the U.S. District Court in Arizona at sentencing, and therefore, no urine collections have been submitted. Lastly, Mr. Gilbert has maintained employment in Amarillo during his term of supervised release or has been engaged in caregiving for his newborn child during his term.

## II.

The probation officer recommends the following action for the Court to consider:

It is respectfully recommended that Mr. Gilbert be allowed to travel to Mexico during his cruise as requested.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on April 16, 2025
Respectfully submitted,

Approved,

s/Tyson J. Stewart
U.S. Probation Officer
Amarillo
Phone: 806-337-1753

s/Gema Delgado Reyes
Supervising U.S. Probation Officer
Phone: 806-337-1752

**Order of the Court:**

☒ Agrees with the recommendation of the probation officer.

☐ Disagrees with the recommendation of the probation officer.

☐ Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Directs the probation officer to submit a request for a warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

Matthew J. Kacsmaryk
U.S. District Judge

April 16, 2025
Date